# Exhibit A





Let Wilmington Mortgage of Elkton bring your *Dreams to Life*

**NO MONEY DOWN**

**100% Financing Available**

- FREE Pre-Approval within ONE Hour
- No Application Fee

*Call today for Details!*

$ **FREE APPRAISAL** $
**$300.00** Value
**When closing your purchase or refinance through Wilmington Mortgage of Elkton**
Coupon must be presented at time of application

**WILMINGTON MORTGAGE OF ELKTON**
**410-398-5607**
**800-607-5607**
205 East Main Street,
Elkton, Maryland 21921



**Phil Davis**
Mortgage Consultant



**Kim Pettitt**
Mortgage Consultant

# WILMINGTON MORTGAGE OF ELKTON



BETTER RATES AND MORE OPTIONS THAN YOUR BANK OR CREDIT UNION.

205 East Main Street Elkton, MD 21921
Office: (410) 398-5607 ♦ Toll Free: (800) 607-5607



Phil Davis

Kim Pettitt