# Exhibit B

Corporate Records Application

**PENNSYLVANIA Department of State**

DOS Homepage

Request
- New Request

Free Search
- General Name Search
- Old Name Search
- Orphan Search

## Entity Details

### Basic Entity Information

| Field | Value | Field | Value |
|---|---|---|---|
| Entity Type | PENNSYLVANIA BUSINESS CORPORATION | | |
| Entity Name | FINANCIAL NEWS NETWORK, LTD. | | |
| Entity No. | 3004087 | | |
| Filing Date | 05/09/2001 | Letter of Consent | No |
| Address | 331 W BOOT RD | | |
| | WEST CHESTER  Pennsylvania  USA  19380 | | |
| County | Chester | Jurisdiction | PA |
| Purpose | BROAD | | |
| Limited Authority | No | | |

### Corporate Officers

| Field | Value |
|---|---|
| Updated Date | 05/09/2001 |
| President | UNKNOWN |
| Secretary | - |
| Treasurer | - |
| Vice-President | - |

### Instrument History

| Doc Type | Microfilm# | Micro# Start | Micro# End | Filing Date | Comments |
|---|---|---|---|---|---|
| ARTICLES OF INCORPORATION-BUSINESS | 2001036 | 554 | 555 | 05/09/2001 | - |

Back

Home | Site Map | View as Text Only

Visit the
PA PowerPort

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement

Corporate Records Application

Page 1 of 2



**PENNSYLVANIA Department of State**

PA Keyword    Search    Advanced Search

DOS Homepage

## Entity Details

**Request**
- New Request

**Free Search**
- General Name Search
- Old Name Search
- Orphan Search

### Basic Entity Information

| | |
|---|---|
| **Entity Type** | FICTITIOUS NAME |
| **Entity Name** | NATIONAL FINANCIAL NEWS SERVICES |
| **Entity No.** | 2073304 |
| **Filing Date** | 01/22/1992 | **Letter of Consent** | No |
| **Address** | 1210 ASHBRIDGE RD |
| | WEST CHESTER  Pennsylvania  USA  19380 |
| **County** | Chester | **Jurisdiction** | PA |
| **Purpose** | FINANCIAL REPORTING |
| **Limited Authority** | No |

### Fictitious Owners

| | |
|---|---|
| 1 | TYLER INC |

### Instrument History

| Doc Type | Microfilm# | Micro# Start | Micro# End | Filing Date | Comments |
|---|---|---|---|---|---|
| FICTITIOUS NAME | 9206 | 794 | 795 | 01/22/1992 | - |

Back

Home | Site Map | View as Text Only

Visit the
PA PowerPort

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement



PENNSYLVANIA
Department of State

PA Keyword [Search]
[Go] [Advanced Search »]

# Entity Details

[?]

DOS Homepage

**Request**
- New Request

**Free Search**
- General Name Search
- Old Name Search
- Orphan Search

## Basic Entity Information

| | |
|---|---|
| Entity Type | PENNSYLVANIA BUSINESS CORPORATION |
| Entity Name | TYLER, INC. |
| Entity No. | 1021284 |
| Filing Date | 02/17/1988 |
| Letter of Consent | No |
| Address | 107 S CHURCH ST |
| | WEST CHESTER   Pennsylvania   USA  19382 |
| County | Chester |
| Jurisdiction | - |
| Purpose | BROAD-PUBLICATION OF MORTGAGE INTEREST RATES |
| Limited Authority | No |

## Corporate Officers

| | |
|---|---|
| Updated Date | 02/17/1988 |
| President | RONALD SHUR |
| Secretary | - |
| Treasurer | RONALD SHUR |
| Vice-President | - |

## Instrument History

| Doc Type | Microfilm# | Micro# Start | Micro# End | Filing Date | Comments |
|---|---|---|---|---|---|
| ARTICLES OF INCORPORATION-BUSINESS | 8813 | 912 | 0 | 02/17/1988 | ENDING PAGE 913 |

Back

Home | Site Map | View as Text Only

*Visit the*
*PA PowerPort*

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement







**PENNSYLVANIA Department of State**

PA Keyword:  Search  Advanced Search

# Fictitious Names

The use of fictitious names is now governed by the Fictitious Names Act of 1982, 54Pa.C.S. Section 301 et seq. which repealed prior laws on the subject. Any entity or entities (including individuals, corporations, partnership or other groups) which conduct any business in Pennsylvania under an assumed or fictitious name shall register such name by filing an application for registration of fictitious name.

A fictitious name is any assumed name, style or designation other than the proper name of the entity using such name. The surname of a person, standing alone or coupled with words that describe the business, is not a fictitious business name. The inclusion of words that suggest additional owners, such as Company, & Company, & Sons, & Associates, makes the name an assumed or fictitious name. For partnerships, the last name of all partners must be listed or the fictitious name rule applies. **Filing under the fictitious names act does not create any exclusive or other right in the fictitious name.**

To register an assumed or fictitious business name, form DSCB: 54-311 must be filed. This application must contain the following information:

- The fictitious name. It does not have to contain a corporate designator such as "corporation," or "limited". It may contain a corporate designator if the owner is a corporation. The use of the word "company" or "co." in a fictitious name by a sole proprietorship or a corporation is permissible.
- A brief statement concerning the character or nature of the business activity to be transacted.
- The address of the principal place of business. A P.O. Box alone is not acceptable.

- DOS Homepage

**Corporation Bureau**
- General Information
- Secured Transactions
- Information Services
- Forms
- Filing Information
- Fees & Payment
- Business Names
- Searchable Corporations Database
- Searchable UCC Database
- Additional Resources




Get Adobe Reader

- Home

Login  Register

- The name address and signature of each individual or entity interested in the business.

**Advertising Requirements**

When a fictitious name is used by an individual, an association or other entity which includes an individual party, the user of the name must advertise that it has filed or intends to file an application for registration of the fictitious name. The advertisement should be placed in a newspaper of general circulation in the county in which your business will be located and one advertisement in a legal publication or newspaper in that same county. The information required for the advertisements is set forth in the statutes. The proper legal publication can be identified by contacting the county courthouse or county bar association in the county where the principal office is located. The Corporation Bureau can also assist you. *Evidence of these advertisements are not required to be sent to the Corporation Bureau but should be kept with the business records.*

Browse  Search  Corporations Home  Printable Version  Text-Only  Full-Screen  eMail  Previous  Next

Home | Site Map | View as Text Only | Employment



Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement