# Exhibit C

# NetworkSolutions

## WHOIS Search Results

 **Network Solutions SSL Certificates as low as $99 a year!** [Learn More]

View Order

BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NA

### WHOIS Record For

**wilmingtonmortgage.com**



Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
Private Registration - Make personal information for this domain private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

**Registrant:**   Make this info private
Wilmington Mortgage
C/o CE Net Inc. 418 B N. Dupont Hwy.
Georgetown, DE 19947
US

**Domain Name:** WILMINGTONMORTGAGE.COM

**Administrative Contact :**
Fasick, Steve
sfasick@WILMINGTONMORTGAGE.COM
2126 West Newport Pike
Wilmington, DE 19804
US
Phone: (302) 633-1660
Fax: (302) 633-1661

**Technical Contact :**
DEGNAN,CO.
billdeg@degnanco.com
1523 Delaware Ave
WILMINGTON, DE 19806-3334
US

wilmingtonmo... ☑ .c
wilmingtonmo... ☑ .i
wilmingtonmo... ☑ .b
wilmingtonmo... ☑ .t
wilmingtonmo... ☑ .c
wilmingtonmo... ☑ .v
wilmingtonmo... ☑ .b
wilmingtonmo... ☑ .v
wilmingtonmo... ☑ .c
wilmingtonmo... ☑ .t
wilmingtonmo... ☑ .r

Continue

SEARCH AGAIN

NetworkSolutions

Phone: 302 421 9377
Fax: 302 421 8365

Record expires on 24-Jun-2008
Record created on 25-Jun-1997
Database last updated on 07-Jul-2004

Domain servers in listed order: Manage DNS

| | |
|---|---|
| DNS1.DEGNANCO.NET | 207.245.109.14 |
| NS1.DCA.NET | 204.183.80.2 |
| NS2.DCA.NET | 207.245.82.2 |

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 207.245.109.36 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-DELAWARE-WILMINGTON |
| Record Type: | Domain Name |
| Server Type: | IIS 5 |
| Lock Status: | REGISTRAR-LOCK |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 5 |
| Data as of: | 21-Jun-2004 |

Enter a search term:

e.g. networksolutions.co

Search by:
● Domain Name
○ NIC Handle
○ IP Address



**Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.

Go



**Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.

Go



8/9/2005

Secure Your Site with an SSL Certificate

© Copyright 2005 Network Solutions. All rights reserved.