# Exhibit D

# Delaware Area Mortgage Rates

**GMAC Mortgage**
Our Knowledge Your Power
Wilmington 428-3030
Rehoboth 226-2448

**WILMINGTON MORTGAGE**
BETTER RATES AND MORE OPTIONS THAN YOUR BANK OR CREDIT UNION.
WILMINGTON: (302) 633-1660 ♦ REHOBOTH: (302) 226-1500.
Check rates daily on the internet-http://www.delawareonline.com/homes/financing/mortgage_rates.html

**Castle Mortgage Services, Inc.**
Call Jeff McGowan (Newark) 302.366.8149 (Middletown) 302.378.0523



**Wells Fargo Home Mortgage**
Dover • 678-5557
Wilmington • 661-2500
Hockessin • 239-6300
Rehoboth • 227-5700
Newark • 731-1400
Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.
© 2005 Wells Fargo Bank, N.A. All Rights Reserved #29019 7/29/05

| Lenders | Phone # | Conforming 30-year Rate/Pts.-APR | Conforming 15-year Rate/Pts.-APR | 1-year A.R.M. (T-Bill) Rate/Pts.-caps | Jumbo 30-year Rate/Pts.-APR | 30-yr FHA/VA Rate/Pts.-APR | Comments & Other Programs |
|---|---|---|---|---|---|---|---|
| Aapex Mortgage | 800-344-2739 | 5.250/2.00-5.51 | 4.750/2.00-5.19 | 4.000/1.00-2&6 | 5.500/2.00-5.72 | 5.500/0.00-5.55 | 1.25% loans, 100% financing, jumbo loan specialists. Weekend hours. |
| Absolute Mortgage Co. | 888-90-HOMES | 5.500/0.00-5.53 | 5.250/0.00-5.29 | 3.875/0.00-2&6 | 5.750/0.00-5.78 | no quote | Lowest rates in the industry! Free float downs! |
|  | 888-90-HOMES | 5.500/0.00-5.53 | 5.250/0.00-5.29 | 3.875/0.00-2&6 | 5.750/0.00-5.78 | no quote | Fees are $399.00! Call now! 888-90-HOMES |
| ACA Mortgage Company | 302-994-7010 | 5.625/0.00-5.71 | 5.375/0.00-5.51 | 3.500/3.00-2&6 | 6.000/0.00-6.08 | 5.875/0.00-5.93 | Beat the heat with some cool cash - Refinance today! Open Sat. 10-3. |
| American Family Mtg. | 302-888-1993 | 5.500/0.00-5.54 | 5.125/0.00-5.20 | 3.990/0.00-2&6 | 5.625/0.00-5.89 | 5.750/0.00-5.99 | Get the honest quote - Call today. |
| American Home Mtg. | 302-652-3236 | 5.250/2.88-5.60 | 4.875/2.63-5.42 | 2.75/3.00-2&11 | 5.500/2.50-5.82 | 5.375/2.63-5.70 | Great rates! Call Kate Leary at (302) 227-4043. |
| Artisans Bank | 302-658-6881 | 5.875/0.00-5.91 | 4.750/3.00-5.21 | 3.750/3.00-2&6 | 6.250/0.00-6.26 | no quote | Stated Income / Stated Asset Programs. |
| Bona Fide Mortgage | 302-636-9105 | 5.375/1.00-5.51 | 5.250/0.25-5.36 | no quote | 5.625/0.50-5.69 | no quote | Call about 40 year amortization loans... |
| Brandywine Home Mtg. | 302-478-3895 | 5.625/0.25-5.91 | 5.380/0.00-5.49 | 4.380/0.00-2&6 | 5.875/0.00-5.93 | no quote | No money down purchase, 100% consolidation, good/bad credit |
| Chase Home Finance | 302-453-4455 | no quote | no quote | no quote | no quote | no quote | Newark 453-4455, Dover 678-9696, Rehoboth 226-8182, Elkton 620-2181 |
| Classic Mortgage Corp. | 302-366-1661 | 4.875/3.00-5.28 | 4.375/3.00-4.78 | 4.750/0.00-2&6 | 5.625/0.00-5.70 | 5.375/0.00-5.45 | Check out a 40 yr. mortgage as low as 6.50% + 0! |
| Cornerstone Mortgage | 302-254-LOAN | 5.500/1.00-5.64 | 4.875/1.00-5.10 | no quote | 5.750/1.00-5.94 | no quote | 3/1 ARM 5.125% w/Opts., 5/1 ARM 5.500% w/Opts. |
| Credence Mortgage | 800-926-5274 | no quote | no quote | no quote | no quote | no quote | Always the best rates! www.CreedenceMortgage.com |
| Delaware Mortgage Svcs. | 302-369-0500 | 5.750/3.00-4.92 | 4.250/3.00-4.31 | 1.250/0.00-2&6 | 5.125/3.00-5.26 | no quote | Open Saturday + Sunday 9 to 5. Weekdays 9 to 9. No application fees. Ask us |
|  |  | 5.500/0.00-5.61 | 5.250/0.00-5.30 | 3.500/0.00-2&6 | 5.750/0.00-5.85 | no quote | about our 40-yr. int. only loans. 10yr. 0 pt. loan 5.00 and 20-yr. Opt. loan 5.375 |
| Delaware National Bank | 302-855-2420 | 5.125/3.13-5.46 | 4.750/2.88-5.28 | 3.250/3.00-2&6 | 5.875/0.00-5.90 | 5.250/2.63-5.54 | One settlement available on construction to perm loans. |
| DEXSTA FCU | 302-772-1200 | 5.250/3.00-5.53 | 5.000/2.00-5.32 | no quote | 5.375/3.00-5.76 | no quote | Serving New Castle County. |
| Ditech.com | 800-616-8208 | 5.375/2.00-5.68 | 5.000/2.00-5.51 | no quote | 5.625/2.00-5.87 | no quote | Se habla Espanol. Your mortgage solution. Delivered! Apply now at ditech.com |
| Dynamic Mortgage Svcs. | 877-855-9797 | 5.750/0.00-5.78 | 5.375/0.00-5.40 | 4.750/1.00-2&6 | 6.125/0.00-6.14 | no quote | Free weekend in Rehoboth with approval. 598-4474 Gary. |
| East Coast Mortgage | 302-477-0797 | no quote | no quote | no quote | no quote | no quote | www.eastcoastfinancialservices.com Licensed Broker PA, DE, NJ, MD, FL, MD |
| Equity Plus, Inc. | 302-762-3100 | no quote | no quote | no quote | no quote | no quote | www.equityplusinc.com DE, PA, MD, & FL. |
| Executive Home Mtg. | 866-234-0501 | no quote | no quote | no quote | no quote | no quote | Great time to refinance. Weekend hours 10-7. |
| 1st State Mortgage | 302-633-9100 | 5.500/0.00-5.63 | 5.125/0.00-5.21 | 3.875/0.00-2&6 | 4.99/0.50-5.28* | 5.375/0.00-5.45 | *Hybrid rate. Looking for a beach property mortgage. Call us in Rehoboth 302-644-6565. |
| Gilpin Mortgage | 302-656-5400 | 5.125/3.00-5.46 | 4.625/2.75-5.15 | no quote | 5.375/2.75-5.69 | 5.125/2.50-5.39 | Pre-qualify now at www.gilpm.com. Fast & Free! Local lenders since 1931. |
| GMAC Mortgage | 302-428-3030 | 5.125/3.38-5.50 | 4.500/3.63-5.17 | 3.375/1.50-2&6 | 6.000/0.25-6.06 | 5.375/2.00-5.76 | Low payment of $1,240 for $350,000 loan. Call now! |
| Lighthouse Mortgage | 800-784-1331 | 5.625/0.00-5.71 | 5.250/0.00-5.34 | no quote | 6.000/0.00-6.09 | no quote | Consistently lower than the rest! Open 7 days a week 9-9. |
| Lincoln Mortgage Co. | 302-738-3342 | 4.875/3.00-5.12 | 4.250/3.00-4.49 | 3.500/1.00-2&6 | 5.750/0.00-5.87 | 5.250/0.00-5.29 | Call Rick Peckyno for great rates, excellent service and fast closings! |
| Network Home Loan | 302-888-2388 | 5.625/0.00-5.91 | 5.375/0.00-5.74 | 4.625/0.00-2&6 | 5.875/0.00-6.01 | no quote | 100% financing for first time homebuyers. Rates as low as 1! |
| Pike Creek Mortgage | 302-892-2811 | no quote | no quote | no quote | no quote | no quote |  |
| Sovereign Bank | 302-325-1507 | 5.990/0.00-6.04 | 5.500/0.00-5.58 | 4.500/0.00-2&6 | 6.125/0.00-6.14 | 6.000/0.00-6.39 | 1st time buyers up to $3,000 grant money available for qualified applicants. |
| Stonebridge Mortgage | 302-777-7777 | 5.375/1.50-5.50 | 5.000/1.25-5.12 | 4.250/1.50-/- | 5.750/0.50-5.84 | 5.875/0.00-5.91 | Email: NickDiEmidio@aol.com for a quick quote! |
| Triumph Mortgage Corp. | 302-994-7000 | 5.750/0.00-5.79 | 5.500/0.00-5.58 | 3.750/1.00-2&6 | 6.000/0.00-6.03 | no quote |  |
| Turnstone Mortgage Co. | 800-757-7514 | 5.625/0.00-5.69 | 5.250/0.00-5.31 | 4.875/0.00-2&6 | 6.000/0.00-6.02 | no quote | Great rates and excellent service! Call today 800-757-7514. |
| Washington Mutual | 800-624-1951 | 5.37*/0.00-5.40 | 5.350/0.00-5.40 | 4.000/0.00-2&5 | 5.870/0.00-5.90 | 5.870/0.00-6.25 | *First Time Homebuyer program NJ.* Call 1-800-624-1951 x2475 "Teacher Special" |
| Wilmington Mortgage | 302-633-1660 | 5.750/0.00-5.78 | 5.375/0.00-5.41 | no quote | 6.000/0.00-6.03 | no quote | For the area's |
|  | 302-633-1660 | 5.250/2.00-5.48 | 5.000/2.00-5.11 | no quote | 5.500/2.00-5.73 | no quote | best interest rates! |
| WSFS | 302-283-4687 | 5.375/3.00-5.84 | 5.625/0.00-5.70 | 3.375/3.00-2&6 | no quote | no quote |  |
| Wilmington Trust Co. | 302-651-8848 | no quote | no quote | no quote | no quote | no quote | Call% w. 1/2 point (APR Call%) 30-yr. fixed. Call today 657-8848. |

Information provided by The National Financial News Services - www.WilmingtonMortgageRates.com. Rates are valid as of August 4, 2005 and are subject to change without notice. Contact lenders directly for additional fees and services. Conforming APR based on $160,000 loan with 20% down with no PMI; Jumbo APR based on $370,000 all applicable loan fees included. Lenders wishing to participate call 800-939-NFNS. © 2002 NFNS