# Exhibit E

# NetworkSolutions

## WHOIS Search Results



**GET A FREE DOMAIN**
for the life of any annual Web Hosting Package    [ Learn More » ]

View Order

BUY THE AVAILABLE EXTENSIONS
FOR THIS DOMAIN NA

### WHOIS Record For

**wilmingtonmortgagerates.com**



Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

```
Domain Name.......... wilmingtonmortgagerates.com
  Creation Date........ 2001-07-21
  Registration Date.... 2001-07-21
  Expiry Date.......... 2006-07-21
  Organisation Name.... Financial News Service
  Organisation Address. 331 West Boot Road
  Organisation Address.
  Organisation Address. West Chester
  Organisation Address. 19380
  Organisation Address. PA
  Organisation Address. UNITED STATES

  Admin Name........... Ronald Shur
    Admin Address........ 331 West Boot Road
    Admin Address........
    Admin Address........ West Chester
    Admin Address........ 19380
    Admin Address........ PA
    Admin Address........ UNITED STATES
    Admin Email.......... nfnsweb@nfns.com
    Admin Phone.......... 800-939-6367
    Admin Fax............ 610-696-1184

  Tech Name............ Ronald Shur
    Tech Address......... 331 West Boot Road
    Tech Address.........
    Tech Address......... West Chester
    Tech Address......... 19380
```

wilmingtonmo... ☑ .r
wilmingtonmo... ☑ .c
wilmingtonmo... ☑ .i
wilmingtonmo... ☑ .k
wilmingtonmo... ☑ .t
wilmingtonmo... ☑ .u
wilmingtonmo... ☑ .c
wilmingtonmo... ☑ .v
wilmingtonmo... ☑ .k
wilmingtonmo... ☑ .v
wilmingtonmo... ☑ .ç
wilmingtonmo... ☑ .t
wilmingtonmo... ☑ .r

[ Continue » ]

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.cc

Search by:
◉ Domain Name
○ NIC Handle

```
Tech Address......... PA
Tech Address......... UNITED STATES
Tech Email........... nfnsweb@nfns.com
Tech Phone........... 800-939-6367
Tech Fax............. 610-696-1184
Name Server.......... ns1.servesites.com
Name Server.......... ns2.servesites.com
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

○ IP Address

| | |
|---|---|
| **Current Registrar:** | MELBOURNE IT, LTD. D/B/A INTERNET NAMES WORLDWIDE |
| **IP Address:** | 198.104.157.245  (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-COLORADO-ENGLEWOOD |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 1 |
| **Lock Status:** | ACTIVE |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 21-Jun-2004 |



**Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.

Go



**Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.

Go



Secure Your Site with an SSL Certificate

© Copyright 2005 Network Solutions. All rights reserved.