# Exhibit F

# Wilmington Mortgage Rates - Lenders, Brokers, Companies in Wilmington Delaware

MORTGAGE LENDER | MORTGAGE CHART | REALTORS | HOME INSPECTORS | HOME APPRAISERS

## Wilmington Home Loans & Mortgage
*Wilmington's One Stop for Mortgage Lender and Real Estate Services*

Wilmington Home Loans - Mortgage Rates - Banks & Lenders

### When Mortgage Lenders Compete for Your Home Loan... You Always Win

### Look no further than Wilmington Real Estate Shopper and use this page to fulfill your mortgage and home loan needs.

Having your home loan or mortgage needs filled by an experienced professional, means a fast easy application, with prompt response, and of course outstanding rates.



**Premier Agent**
**First Rate Mortgage**

- visit www.loansurvey.com - AVOID HIGH FEES - Imperfect credit ok. - Purchase / refinance - BEST in ON LINE CHART us county offices - LOWEST 1003 MTG APPlication

**Need Mortgage Help?**
Call us !!!
or have us call you.
**1-800-264-3707**

Search Wilmington Mortgage Rates - Brookside Mortgage Rates - Delaware Mortgage Rates

Delaware Mortgage Rates - DE Mortgage Companies - Delaware Mortgage Charts

**Loan Finder**
Get Up to 4 Quotes
[Let Lenders Compete]
30 Year Fixed ▼
**SUBMIT**

**Home Appraisal**
What is it really worth?
Buying or selling, know the facts. Access electronic valuations and appraisers

Appraisal By City



**Home Inspections**
Find the Right Inspector
With home prices soaring, finding the right inspector makes all the more sense.

Home Inspections By City

**New Homes**
The New Construction Site
Experience new construction

**Wilmington Mortgages**
**Find a Company or Lender...**

[Display Mortgage Chart]

Mortgage chart gathered from competitive mortgage lenders

# Wilmington Mortgage Rates - Lenders, Brokers, Companies in Wilmington Delaware

...and quality controlled for optimal reliability.



Purchase ▼
Refinance
Home Equity

CLICK HERE

AMERICAN LOAN SEARCH™
© 2005 AmericanLoanSearch™

Delaware Mortgages

Charts for Delaware Mortgage updated daily. Delaware Mortgage, as seen on the Wilmington Mortgage and Wilmington Real Estate.

Mortgage Rates, Mortgage Loans, Mortgages, Home Mortgage, Mortgage Companies, Mortgage Charts, Mortgage Lenders

Delaware Mortgages

## Mortgage Lenders
### Local Lenders Compete... You Save!!!

Name
Daytime Phone
Evening Phone
E-Mail

Select Mtg State   Fixed > $120,000

SUBMIT

living. Info on financing and links to builders nationwide.

New Home Construction

**Title Insurance**
There is a difference !!!
Easy access to Title Insurance and Closing Services Quotes nationwide.

Title Insurance By City

**American Loan Search**
Nationwide purchase, refinance, home equity, home improvement, cashout, construction, commercial and FHA/VA loans available.

Click our web link to get free quotes.





Get Report

ADVERTISEMENTS

**Today's lowest rates with zero points.**

Any State ▼   30 Year Fixed Rate ▼   GO

EWmortgage.com  Today's rates | Loan Programs | Mortgage Tools
- rate search       - 100% financing       - mortgage calculators
- rate tracker      - VA / FHA             - credit report online
- rate lock policy  - debt consolidation   - property calculators

Wilmington News Journal
Mortgage Rates


Rent.com
**Need an Apartment?**



## ADVERTISE ON THIS WEB SITE AND UP TO 25,000 OTHERS

This web site is published in cooperation with eNet Advertising, offering top-ranking portal web sites specific to 3,000 states, counties and cities nationwide.

Visit eNetAdvertising.com for more details on how to advertise on this web site and many others.

Copyright © 2005 Financial News Network and Suppliers
No portion of this site may be reproduced by any means without prior written permission.
CityMortgageRates.com™ is a Trademark of Financial News Network.
All other trademarks are the property of their owners, and used for identification purposes only.