# Exhibit G

Delaware Mortgage Chart

Mortgage Shopping Cart



**Reloc-1**
... your National
Real Estate specialist

# Delaware Mortgage Chart

TERMS OF SERVICE



## Get Mortgage Quotes from up to 3 Lenders of Your Choice!
Not looking for Delaware? Select another state.

Your Contact Information
- Name
- Day Phone
- Evening Phone
- E-Mail

1. Fill out contact information
2. Check 'Add to Cart'
3. Click...

[Get Quotes]

Purchase
Select Mtg State
Credit Rating
mortgage desired
Fixed > $120,000

| Lender Phone Web | Add to Cart | 30 Year Fixed rate/pts APR | 15 Year Fixed rate/pts APR | 30 Year Jumbo rate/pts APR | ARM program rate/pts APR |
|---|---|---|---|---|---|
| **GOLDEN RULE MORTGAGE - BEST HOME LOANS- DIRECTORY** 800-991-9922 LOWEST ONLINE MORTGAGES/QUOTES web | ☐ | 5.25/1.50 5.43 | 4.75/1.75 5.22 | 5.63/1.00 5.66 | 5/1 4.63/1.00 4.74 |
| FINANCIAL 1003 APPLICATION IDX REAL ESTATE,MIAMI,TAMPA,ST.PETE,NAPLES OFFICES MIAMI HERALD- NAPLES DAILY NEWS-TAMPA TRIBUNE-SAINT PETE TIMES- NEWSPAPER SUN SENTINEL- ON LINE REALTY COMPANIES- CHARTS- MTG 1003 APPLICATION ON LINE | | | | | |
| **STEPPING STONE LENDING** | ☐ | 5.50/0.00 | 5.13/0.00 5.19 | 5.75/0.00 | COFI 1.95/0.00 4.71 |

http://www.nfns.com/cgi-bin/showchart.cgi

Delaware Mortgage Chart

| | | | |
|---|---|---|---|
| 800-638-2659 [web] | 5.60 | | 5.82 Call about Interest Only products. Bad credit? No problem. Get a free 2nd opinion. BEST in DIRECTORY / GUIDE BEST US MORTGAGE RATES |
| **US HOUSING NEWS REALTY SURVEYS** AGENTS-REALTOR COMPANIES | | | MORTGAGE COMPANIES - US FINANCIAL REPORTS/ DIRECTORY - BEST MORTGAGE QUOTES FIND LOCAL REALTY AGENTS - BEST LISTINGS - MTG REPORTS |
| **BEST RATE MORTGAGE EN ESPANOL** 847-489-3622 [web] | 5.50/1.00 5.88 | 5.25/1.00 5.75 | 6.25/1.00 6.63   ARM 1/1, 3/1, 5/1, 7/1  5.75/1.00 6.25 We provide the best customer service. HISPANIC LOAN OFFICERS - HISPANIC OWNED AND OPERATED - RODRIGO DE LEON EN ESPANOL - We want to help you. |
| **FAIRTHORNE FINANCIAL** PLEASE [no web] | CALL | FOR | RATES   1 MO MTA 1.25/0.00 4.30 see WILMINGTON NEWS JOURNAL |
| **East West Mortgage** 866-852-8033 [web] | 5.88/0.00 5.94 | 5.50/0.00 5.61 | 6.00/0.00 6.10   3/1 5.25/0.00 5.31 WASHINGTON POST-NEW YORK TIMES. Ranked #1 in customer confidence by Gomez.com Ranked #1 in customer confidence by Gomes.com, the online buying guide. |
| **HOME FINANCE OF AMERICA MORTGAGE** 800-358-5626-PHILLY INQUIRE [web] | 5.63/0.00 5.76 | 5.13/0.00 5.26 | 6.13/0.00 6.26   5/1 5.25/0.00 5.38 Visit our CHARTS- ONLINE SHORT FORM MORTGAGE APPLICATION PHILADELPHIA INQUIRER CHARTS - PHILLY DAILY NEWS-NEW YORK TIMES ONLINE SHORT 1003 APPLICATION - POOR CREDIT EXCELLENT US- FINANCIAL RATES |
| **AMERISAVE Mortgage Corporation / IDX** 866-970-SAVE [web] | 5.63/0.00 5.76 | 5.38/0.00 5.49 | 5.63/0.00 5.65   5/1 5.13/0.00 5.88 Save money today at amerisave.com. Best rates and lowest fees guaranteed or we p NEWSPAPER- LOS ANGELES TIMES, WASHINGTON POST, NEW YORK TIMES BEST MORTGAGE - FINANCIAL REPORTS CHARTS -1003 ON LINE APPLICATIONS |
| **EAST COAST MORTGAGE** 215 540 5200 [web] | PLEASE | CALL | FOR BEST   MORTGAGE RATES BEST IN SITE,MTG QUOTES,LISTS,GREAT MORTGAGE COMPANY |

Delaware Mortgage Chart

| Lender | 30-yr | 15-yr | Other |
|---|---|---|---|
| **SUMMIT MORTGAGE**<br>800 377 0623<br>[web] | 5.75/0.00<br>5.84 | 5.25/0.00 5.34 | 6.00/0.00<br>6.17<br>1-yr. 4.50/0.00 call |
| **American Family Mortgage Corp.**<br>610-358-5324 ONLINE MORTGAGES<br>[web] | 4.75/3.00<br>5.27 | 4.50/3.00 4.89 | 5.00/3.00<br>5.52<br>1-yr. 3.50/3.00 4.62 |

see NEWS JOURNAL-STAR LEDGER,ASBURY PARK PRESS NEWSPAPERS
see -PHILADELPHIA INQUIRER-WILMINGTON NEWS JOURNAL-BALTIMORE SUN
Best Home Loans in Delaware

| Lender | 30-yr | 15-yr | Other |
|---|---|---|---|
| **Executive Home Mortgage**<br>866 234 0501<br>[web] | 5.50/0.00<br>5.61 | 5.00/0.00 5.10 | 5.75/0.00<br>5.81   VIRGINIA,DC,MARYLAND |

Great Time to Refinance. Weekends Hours 10/7 DE,PA,NJ,MD,VA,DC ,CT,MI
GREAT TIME TO REFINANCE HOURS 9-9 CN,DE,DC,MD,MA,MI,NJ,NY,NC,OR,PA,VA ,BEST
CONNECTICUT,DELAWARE,DC,MARYLAND,MASSACHUSETTS,MICHIGAN,NEW JERSEY,PENNSYLVANIA.

| Lender | 30-yr | 15-yr | Other |
|---|---|---|---|
| **UNITED BANK OF PHILADELPHIA/ PENNSYLVANIA BANK**<br>215-751-9950<br>[web] | 6.25/0.00<br>6.36 | 5.63/0.00 5.81 | 6.38/0.00<br>6.43<br>1-yr. 4.13/1.75 4.31 |

Call Jonathan 215-242-0500, Mamie 215-662-5040, Juliette 215-978-5300, or Diane
see PHILADELPHIA INQUIRE- NJ STAR LEDGER -WILMINGTON NEWS JOURNAL

**Classified Advertising**
800 939 6367
[web]

See Classified Mortgage Sponsors Below

best newspapers: THE NEWS JOURNAL, DELAWARE STATE NEWS, DOVER POST

**DELAWARE REALTOR LISTING**
TITLE-QUOTES-ESCROW, APPRAISAL- GUIDES
[web]

TITLE INSURANCE QUOTE 1003 SHORT FORM APPRAISERS PRE APPROVAL MORTGAGE APPLICATION DE

DELAWARE REALTOR GUIDES by COUNTY: NEW CASTLE, KENT, SUSSEX
WWW.USHOUSINGNEWS.COM DE MTG SHORT FORM 1003 APPLICATIONS DE MTG CHARTS
TITLE INSURANCE REAL ESTATE LISTINGS DE - SHORT FORM APP ONLINE

**NFNS - MTG BANKING DIRECTORY HOME GUIDES US - UK COMPANIES**
AMERICA'S TITLE-ESCROW- APPRAISAL- INTERNET BANKING GUIDES -AGENTS
[no web]

HOME LOANS BAD- PROBLEM- DIRECTORY HOME LOANS BEST TITLE AGENCIES- COMPANIES- GUIDE

USA'S PROBLEM LOANS SHOPPING -DIFFICULT MTG REVERSE MORTGAGES -POOR CREDIT
PROBLEM CREDIT- BEST RATES- INTERNET HOME INPECTORS LIMITED/NO DOC POOR CREDIT
USA'S REVERSE MORTGAGE- SHOPPING HOME LOANS - BUNDLING - TITLE AGENTS / GUIDE

Delaware Mortgage Chart

Page 4 of 6

| | |
|---|---|
| **DE PREMIER AGENTS REALITY - MID ATLANTIC**<br>PREMIER AGENT'S REALITY IDX REAL ESTATE AGENTS SEARCH<br>[web] | by COUNTY: NEW CASTLE, KENT, SUSSEX<br>CITIES: DOVER, NEW CASTLE, WILMINGTON, NEWARK, MILFORD, NEWSPAPER REALTY SURVEYS -COMPANIES- AMERICA'S DISPLAY-VIRTUAL TOUR CLASSIFIEDS SPONSORING OVER 3000 INTERNET USA'S MORTGAGE SURVEYS |
| **DE REAL ESTATE SHOPPING CART - MID ATLANTIC**<br>800 939 6367<br>[web] | BEST IDX REALTORS/ BEST MORTGAGE COMPANIES- GUIDES<br>DE REALTOR GUIDES - BEST DE REALTY AGENTS<br>MORTGAGE APPLICATION PRE APPROVAL- REAL ESTATE AGENTS- DE MORTGAGE APPLICATIONS |
| **DE FNN - FINANCIAL- COUNTY TITLE**<br>US MORTGAGES-REVERSE / ONLINE SURVEYS-APPRAISALS<br>[web] | by COUNTY: NEW CASTLE, KENT, SUSSEX<br>MTG APPLICATIONS & DIRECTORY - REVERSE FINANCIAL COMPANIES DIFFICULT LOANS IDX REALITY SEARCH US CLASSIFIEDS REAL ESTATE DIRECTORY -MORTGAGE CLASSIFIEDS VIRTUAL REALTOR AGENTS SURVEYS RE LISTINGS NEWSPAPER DIRECTORY CLASSIFIEDS |
| **DE TITLE INSURANCE COMPANIES**<br>CITIES: DOVER, WILMINGTON, NEWARK, MILFORD, NEW CASTLE<br>[web] | BEST QUOTES  USA AGENCIES  COMPANIES  REPORTS<br>by COUNTY: NEW CASTLE, KENT, SUSSEX<br>COMPETITIVE FEES USA'S BUNDLING explained- COUNTY - US DIRECTORY -SURVEYS<br>- USA REVERSE MORTGAGE RATES - COUNTY companies - what is AMERICA'S BUNDLING |
| **ONLINE US MID ATLANTIC MORTGAGE BANKING COMPANY GUIDES**<br>PA, NY, NJ, MD, DE HOME LOANS- BANKS - INTERNET CALCULATORS<br>[no web] | by COUNTY: NEW CASTLE, MERCER, BERGERN, BALTIMORE, NEW YORK CITY, SUFFOLK, PHILDELPHIA, ALLEGHENEY<br>INTERNET MORTGAGE CALCULATOR GUIDES, ONLINE BANKING, INTERNET HOME LOANS MID ATLANTIC BEST BANKS - TITLE APPRAISERS- INTERNET BANKING - GUIDES HOME LOANS MORTGAGE RATES/ GUIDES- CALCULATORS -HOME LOANS- APPRAISAL- GUIDE- MID ATLANTIC |

http://www.nfns.com/cgi-bin/showchart.cgi





Mortgage Lenders - Mortgage Brokers - Mortgage Companies - Mortgage Charts - Mortgage Quotes - Mortgage Lists - Mortgage Sites - Mortgage Comparisons - Home Loans - Mortgage Rate - Mortgage Lender - Mortgage Broker - Mortgage Company - Mortgage Chart - Mortgages - Mortgage List - Home Loan - Mtg - Mtgs - Mortgage Rates

- Delaware - DE - Dover - Kent County - New Castle County - Rehobeth Beach - Sussex County - Wilmington -

Lenders interested in chart participation click here

Delaware Mortgage Chart

## IMPORTANT NOTICE - TERMS OF SERVICE AGREEMENT

USE OF THIS WEB SITE REQUIRES AGREEMENT TO THE FOLLOWING TERMS OF SERVICE.

- Rates are listed as an editorial guide to mortgage competition. LISTINGS ARE NOT TO BE INTERPRETED AS LOAN OFFERS. Consumers seeking a formal loan offer are encouraged to contact the lender directly. Rates and listings are provided by lenders and are the sole responsibility of the lender. Financial News Network disclaims any and all liability thereof.
- FNN does not operate in such a way that it comes under the jurisdiction of any licensing authority outside the State of Pennsylvania. All mortgage activities regarding individuals who submit requests through FNN are merely and only transmitted directly to licensees who are under the juridictions of their state(s).
- RATES LISTED ARE NOT TO BE INTERPRETED AS AUTHORITATIVE OF CURRENT RATES. Rates change daily, or even hourly, in the case of market volatility.
- INFORMATION ON THIS WEB SITE IS PROVIDED "AS-IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. SOME JURISDICTIONS DO NOT ACCEPT THE EXCLUSIONS OF IMPLIED WARRANTIES; IN SUCH CASES CONSUMERS ARE REQUIRED TO NOT RELY IN ANY MANNER ON ANY INFORMATION CONTAINED HEREIN.

Copyright ©2004 Financial News Network & Suppliers
Information on this site may not be reproduced by any means without prior written permission of Financial News Network.
USMortgageNews® and the individual city mortgage rates® domains are registered service marks of Financial News Network.
All other trademarks are acknowledged as the property of their owners and used for reference only.
Delaware

# Delaware Mortgage Charts

Print this Page

http://www.nfns.com/cgi-bin/showchart.cgi