IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON MORTGAGE SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL NEWS NETWORK, LTD. AND TYLER INC., d/b/a NATIONAL FINANCIAL NEWS SERVICES<br><br>Defendants. | C.A. No. 1:05-CV-594<br><br>JURY TRIAL DEMANDED |

RULE 7.1 DISCLOSURE STATEMENT OF
PLAINTIFF WILMINGTON MORTGAGE SERVICES, INC.

Plaintiff Wilmington Mortgage Services, Inc. ("Wilmington Mortgage"), through its counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby discloses that Wilmington Mortgage has no parent corporation and there is no publicly held corporation that owns 10% or more of the company's stock.

DATED: August 16, 2005

CROSS & SIMON, LLC

By *[signature]*
Kristen Healey Cramer (Del. Bar No. 4512)
913 North Market Street, 11th Floor
Wilmington, DE 19801
(T) 302-777-4200
(F) 302-777-4224

*Attorneys for Plaintiff Wilmington Mortgage Services, Inc.*

1