## CERTIFICATION OF FILING AND SERVICE

I hereby certify that this RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF WILMINGTON MORTGAGE SERVICES, INC. is being electronically filed with the Clerk of Court today, two copies will be hand delivered to the Clerk of Court today, and copies will be served upon all counsel of record by U.S. mail along with process served pursuant to 10 Del. C. § 3104.

DATED: August 16, 2005

By _____
Kristen Healey Cramer (Del. Bar No. 4512)