# UNITED STATES DISTRICT COURT

District of _____Delaware_____

**SUMMONS IN A CIVIL CASE**

WILMINGTON MORTGAGE SERVICES, INC.

V.

CASE NUMBER: 05 - 594

TO: FINANCIAL NEWS NETWORK, LTD. AND TYLER INC.,
D/B/A NATIONAL FINANCIAL NEWS SERVICES
c/o Delaware Secretary of State
State of Delaware
Dept. of State, Div. of Inc.
Townsend Building
P.O. Box 898
Dover, DE 19903

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY:

Richard H. Cross, Jr. (#3576)
Kristen Healey Cramer (#4512)
CROSS & SIMON, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

an answer to the complaint which is served on you with is summons within, 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

**PETER T. DALLEO**                                  AUG 1 2 2005

_____        _____
CLERK                                                           DATE

_Evette Watson_
(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>8/15/05 |
| NAME OF SERVER (PRINT)<br>GRANVILLE MORRIS | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: FINANCIAL NEWS NETWORK AND TYLER INC D/B/A NATIONAL FINANCIAL NEWS SERVICES C/O DELAWARE SECRETARY OF STATE, TOWNSEND BLDG. DOVER DE COPIES THEREOF WERE ACCEPTED BY MARTINA MARTIN

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/15/05
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.