# IN THE UNITED STATE DISTRICT COURT
# FOR THE STATE OF DELAWARE

| | |
|---|---|
| WILMINGTON MORTGAGE SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 1:05CV594 |
| FINANCIAL NEWS NETWORK, LTD., AND TYLER INC., d/b/a NATIONAL FINANCIAL NEWS SERVICES, | ) ) ) ) ) |
| Defendant. | ) |

## ALIAS PRAECIPE

TO:  Clerk of the Court
     United State District Court
     844 North King Street
     Wilmington, DE 19801

PLEASE ISSUE an summons and instruct the Secretary of State to serve the Complaint and Summons on the Defendants, by serving the Secretary of State of Delaware, 401 Federal Street, Suite 4, Dover, DE 19901, pursuant to 10 Del. C. §3104.

CROSS & SIMON, LLC

BY:  /s/ Kristen Healey Cramer
     Kristen Healey Cramer (No. 4512)
     913 N. Market Street
     11th Floor
     Wilmington, DE 19801
     (302) 777-4200
     (302) 777-4224 (facsimile)