## UNITED STATES DISTRICT COURT

District of _____ Delaware _____

WILMINGTON MORTGAGE SERVICES, INC.

ALIAS SUMMONS IN A CIVIL CASE

Issued

V.

CASE NUMBER: 05-cv-594 (JJF)

TO: FINANCIAL NEWS NETWORK, LTD. AND TYLER INC.,
D/B/A NATIONAL FINANCIAL NEWS SERVICES
c/o Delaware Secretary of State
State of Delaware
Dept. of State, Div. of Inc.
Townsend Building
P.O. Box 898
Dover, DE 19903

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY:

Richard H. Cross, Jr. (#3576)
Kristen Healey Cramer (#4512)
CROSS & SIMON, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

an answer to the complaint which is served on you with is summons within, 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

DEC 0 5 2005
DATE

Evette Walter
(BY) DEPUTY CLERK