# UNITED STATES DISTRICT COURT

District of _____Delaware_____

**ALIAS SUMMONS IN A CIVIL CASE**

WILMINGTON MORTGAGE SERVICES, INC.

V.

CASE NUMBER:

TO:   FINANCIAL NEWS NETWORK, LTD. AND TYLER INC.,
      D/B/A NATIONAL FINANCIAL NEWS SERVICES
      c/o Delaware Secretary of State
      State of Delaware
      Dept. of State, Div. of Inc.
      Townsend Building
      P.O. Box 898
      Dover, DE 19903

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY:

Richard H. Cross, Jr. (#3576)
Kristen Healey Cramer (#4512)
CROSS & SIMON, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

an answer to the complaint which is served on you with is summons within, 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

DEC 0 5 2005
DATE

_Evette Watson_
(BY) DEPUTY CLERK

• AO 440 (Rev 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>12/06/05 |
| NAME OF SERVER (PRINT)<br>GRANVILLE MORRIS | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: DEFENDANT C/O THE DELAWARE SECRETARY OF STATE TOWNSEND BLDG. DOVER, DE COPIES THEREOF WERE ACCEPTED BY RHONDA COMER

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/06/05               [signature]
                Date                Signature of Server

BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure