Richard H. Cross, Jr.
Christopher P. Simon
Judy M. Jones
Nancy Walsh Law
Donna L. Harris
Amy E. Evans
Erica L. Niezgoda
Charles T. Williams, III
Sean T. O'Kelly
Kristen Healey Cramer

**CROSS & SIMON,** LLC
ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
e-mail: kcramer@crosslaw.com
www.crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

December 27, 2005

**BY HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

      Re:   *Wilmington Mortgage Services, Inc. v. Financial News Network, Ltd., et al.*, C.A. No. 1:05-cv-594-JJF

Dear Judge Farnan:

      I am writing to update the Court on the status of this above-captioned case, which was filed on August 12, 2005. I have included the docket sheet for your convenience.

      Plaintiff Wilmington Mortgage Services, Inc. and Defendants Financial News Network, Ltd. and Tyler Inc. d/b/a National Financial News Services have been engaged in settlement discussions. The parties are presently negotiating an agreement and expect to have a final agreement in place in the near future. The parties will update the Court by January 31, 2006 if the case has not been settled and dismissed by that time.

      The parties are available if the Court has any questions or concerns.

                    Respectfully submitted,

                    *Kristen Healey Cramer*

                    Kristen Healey Cramer (#4512)
                    Counsel for Plaintiff

cc:    O. Hampton Brown, III, Esq. (Counsel for Defendants) (by hand)
       Clerk, U.S. District Court for the District of Delaware (by hand)
       File Copy