Richard H. Cross, Jr.
Christopher P. Simon
Judy M. Jones
Nancy Walsh Law
Donna L. Harris
Amy E. Evans
Erica L. Niezgoda
Charles T. Williams, III
Sean T. O'Kelly
Kristen Healey Cramer

**CROSS & SIMON, LLC**
ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
e-mail: rcross@crosslaw.com
www.crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

February 2, 2006

**BY HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

Re: *Wilmington Mortgage Services, Inc. v. Financial News Network, Ltd., et al.*, C.A. No. 1:05-cv-594-JJF

Dear Judge Farnan:

I am writing to update the Court on the status of this above-captioned case, which was filed on August 12, 2005. Kristen Cramer, Esquire of my office provided a status report on December 27, 2005. She indicated that a further status would be provided by January 31, 2005. I apologize that this letter is late, Ms. Cramer went on maternity leave earlier this month and I did not immediately realize that we had committed to provide a status report by the end of January.

The parties reached a settlement in principal. The parties are in the process of memorializing that agreement which has taken some time. I am hopeful that the matter will be resolved by the end of February. We will advise the Court by the end of February if a settlement has not been finalized.

The parties are available if the Court has any questions or concerns.

Respectfully submitted,

Richard H. Cross, Jr. (No. 3576)
Counsel for Plaintiff

cc: O. Hampton Brown, III, Esq. (Counsel for Defendants) (by facsimile and 1st class mail)
Clerk, U.S. District Court for the District of Delaware (by hand)
File Copy