IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILMINGTON MORTGAGE SERVICES, INC.:
:
    Plaintiff,               :
:Civil Action NO. 05-594-JJF
v.                         :
:
FINANCIAL NEWS NETWORK LTD., and :
TYLER, INC., *doing business as*  :
National Financial News Services. :
:
    Defendant.            :

### ORDER

WHEREAS, the Court was advised by Robert H. Cross, Jr., Esq. that a settlement has been reached in principal in the above-referenced action (D.I. 8).

NOW THEREFORE, IT IS ORDERED that the above-captioned case is **STAYED** and **CLOSED** administratively. The parties shall file a Stipulation of Dismissal which may include terms of the settlement within sixty (60) days of the date of this Order. The Court will retain jurisdiction for the said sixty (60) days and will reopen the matter upon the application of any party.

March 8, 2006                    _/s/ Joseph J. Farnan_
   DATE                       UNITED STATES DISTRICT JUDGE