IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON MORTGAGE SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL NEWS NETWORK, LTD. AND TYLER INC., d/b/a NATIONAL FINANCIAL NEWS SERVICES<br><br>Defendants. | )<br>)<br>)<br>) C.A. No. 1:05-cv-594<br>)<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Wilmington Mortgages Services, Inc. ("Plaintiff"), by and through its undersigned counsel, voluntary dismisses the Complaint filed against Financial News Network, Ltd. and Tyler, Inc., d/b/a National Financial News Services (collectively, "Defendants") without prejudice.

Dated: April 5, 2006         CROSS & SIMON, LLC

                                                   /s/ Richard H. Cross, Jr.
                                        Richard H. Cross, Jr. (Bar I.D. No. 3576)
                                        Kristen Healey Cramer (Bar I.D. No. 4512)
                                        913 North Market Street, 11th Floor
                                        P.O. Box 1380
                                        Wilmington, Delaware 19899-1380
                                        302-777-4200
                                        302-777-4224 (facsimile)

SO ORDERED:

Dated:_____, 2006    _____
                                              United States District Judge