IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON MORTGAGE SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL NEWS NETWORK, LTD. AND TYLER INC., d/b/a NATIONAL FINANCIAL NEWS SERVICES<br><br>Defendants. | )<br>)<br>)<br>) C.A. No. 1:05-cv-594<br>)<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on April 5, 2006 I, Richard H. Cross, Jr., caused to be served two copies of NOTICE OF DISMISSAL WITHOUT PREJUDICE on the following individual(s) in the manner indicated below:

**BY FIRST CLASS MAIL**
O. Hampton Brown, III, Esquire
112 Court House Alley
West Chester, PA  19380

                                                    CROSS & SIMON, LLC

                                                    /s/ Richard H. Cross, Jr.
                                                    Richard H. Cross, Jr. (No. 3576)
                                                    913 North Market Street, 11th Floor
                                                    Wilmington, Delaware  19801
                                                    302-777-4200
                                                    302-777-4224 (fax)

Dated: April 5, 2006